Receipt # 54600087624
8/30/22-60
8/30/22

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

ROYAL ABODE, LLC,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant.

Civil Action No.: 5:22-cv-01486

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

FILED AUG 30 2022 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO AKRON

    I, PAUL L. LASALLE, request *Pro Hac Vice* admission pursuant to Local Civil Rule 83.5 to represent Plaintiff, Royal Abode, LLC, in the above-matter with Justin Stevenson, Esq. of Bower Stevenson, LLC. In support therefore, I swear or affirm as follows:

    1.    I am a member in good standing of the bars of New Jersey (Bar No.: 029462006-Admitted 11/11/2006), New York (Bar No.: 5643655-Admitted 12/7/2018) and Pennsylvania (Bar No.: 204513-Admitted 10/18/2006). I am also admitted and in good standing in all federal courts in those states, as well as the Third Circuit Court of Appeals.

    2.    I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

    3.    I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

    4.    I have submitted the $120. *Pro Hac Vice* admission fee with this Motion.

    I hereby swear or affirm under penalty of perjury that the information given herein is true and correct to the best of my knowledge or belief.

Dated: August 24, 2022

*Paul LaSalle*
Paul L. LaSalle, Esq.
LYNCH LYNCH HELD ROSENBERG, P.C.
440 State Route 17 North
Hasbrouck Heights, NJ 07604
Tel.: 201-288-2022
Fax: 201-649-7479
E-mail: plasalle@lynchlawyers.com