# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **ROYAL ABODE, LLC** | ) ) ) |
| | ) Case No. **5:22-cv-01486-JRA** |
| v. | ) |
| | ) Corporate Disclosure Statement |
| **HARTFORD UNDERWRITERS INSURANCE COMPANY** | ) ) ) |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**HARTFORD UNDERWRITERS INSURANCE COMAPNY**.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? __x__ Yes  _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   **Hartford Underwriters Insurance Company, a Connecticut corporation, is wholly owned by Hartford Fire Insurance Company, a Connecticut corporation. Hartford Fire Insurance Company is a wholly owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation.**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes  __x__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   

| | |
|---|---|
| **/s/ Katheryn M. Lloyd** | **09/16/2022** |
| (Signature of Counsel) | (Date) |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Defendant Hartford Underwriters Insurance Company's Corporate Disclosure Statement was uploaded to the Court's electronic filing system this 16th day of September, 2022, which will cause service upon:

>Justin Stevenson, Esq.
>Bower Stevenson, LLC
>2515 Jay Avenue, Suite 101
>Cleveland, OH 44113
>Tel: (216) 600-8169
>justin@bowerstevenson.com
>
>Paul L. LaSalle, Esq.
>Lynch Lynch Held Rosenberg, P.C.
>440 State Route 17 North
>Hasbrouck Heights, NJ 07604
>Tel: (201) 288-2022
>Fax: (201) 649-7479
>plasalle@lynchlawyers.com
>
>*Attorneys for Plaintiff Royal Abode, LLC*

> */s/ Katheryn M. Lloyd*
> *One of the Attorneys for Defendant*
> *Hartford Underwriters Insurance Company*