# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Royal Abode, LLC..** | } | |
| | } | **JUDGE JOHN R. ADAMS** |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | NO. 5:22CV1486 |
| | } | |
| **Hartford Underwriters Ins. Cmpany,** | } | |
| | } | **N O T I C E** |
| | } | |
| Defendant(s) | } | |

TAKE NOTICE that the above-entitled case has been scheduled for a TELEPHONE CONFERENCE on <u>August 22, 2023 at 1:00 p.m.</u> Only counsel is required to participate. The Court shall provide a conference call number to the parties.

**DATE: June 7, 2023**             <u>**Sandy Opacich, Clerk of Court**</u>

                                       By     *s/Christin M. Kestner*
                                              **Courtroom Clerk to the**
                                              **Honorable John R. Adams**
                                              **(330)252-6070**